

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br><br>Hector Daniel BRIONES-Virgen,<br>Luis Demetrio SANDOVAL-Rodriguez,<br><br><br>Defendants. | Magistrate Docket No. '21 MJ4314<br><br><u>COMPLAINT FOR VIOLATION OF:</u><br>Title 8, USC 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens<br><br>Title 8, USC 1324(a)(2)(B)(iii)<br>Bringing in Illegal Aliens Without Presentation |

The undersigned complainant being, duly sworn, states:

## COUNT ONE

On or about October 28, 2021, within the Southern District of California, defendants, Hector Daniel BRIONES-Virgen and Luis Demetrio SANDOVAL-Rodriguez, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that a certain alien, namely, Jose Cruz PASAYE-Vicente, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT TWO

On or about October 28, 2021 within the Southern District of California, defendant, Luis Demetrio SANDOVAL-Rodriguez, knowingly or in reckless disregard of the fact that a certain alien, namely, Jose Cruz PASAYE-Vicente, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

*Ruben Castaneda*
SIGNATURE OF COMPLAINANT
Ruben Castaneda
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON OCTOBER 29, 2021

HON. LINDA LOPEZ
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Hector Daniel BRIONES-Virgen,
Luis Demetrio SANDOVAL-Rodriguez

## PROBABLE CAUSE STATEMENT

The complainant states that Jose Cruz PASAYE-Vicente, is a citizen of a country other than the United States; that said alien has admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 28, 2021, Border Patrol Agent-Intelligence C. Hatala was performing assigned duties in the Brown Field Border Patrol Station's area of responsibility. Agent Hatala was driving an unmarked Border Patrol vehicle with fully functioning emergency lights and siren. Agent Hatala was dressed in plain clothes, wearing his Border Patrol vest with his badge and identifiers clearly visible.

At approximately 9:00 AM, Agent Hatala was alerted to a seismic intrusion device activation near Wueste Park. At approximately 10:00 AM, Agent Hatala observed two individuals hunched down and walking north in a tree-line, paralleling Wueste Road, approximately 100 yards south of the Otay Lakes, City of San Diego Reservoir parking lot. At approximately 11:55 AM, Agent Hatala observed a white Toyota 4-Runner traveling south on Wueste Road. The driver, later identified as defendant, Hector Daniel BRIONES-Virgen, stopped near the location of the two individuals. Agent Hatala observed the two individuals emerge from the bushes and enter the vehicle. Agent Hatala then observed the vehicle accelerate at a high rate of speed northbound on Wueste Road. BRIONES continued driving at a high rate of speed through several streets, nearly hitting several pedestrian vehicles. BRIONES came to a stop at the intersection of Olympic Parkway and La Media Road due to a red light. At this point Agent Hatala activated his emergency equipment and performed a vehicle stop at the intersection of Olympic Parkway and La Media Road. Hatala approached the vehicle and observed two passengers, later identified as defendant, Luis Demetrio SANDOVAL-Rodriguez, and material witness, Jose Cruz PASAYE-Vicente, lying down in the rear seat. Agent Hatala performed an immigration inspection, to which both SANDOVAL and PASAYE stated that they are citizens of Mexico, without any documents that would allow them to enter or remain in the United States legally. At approximately 12:10 PM, Agent Hatala placed BRIONES, SANDOVAL and PASAYE under arrest.

Defendant, BRIONES, was read his Miranda Rights. BRIONES stated that he understood his rights and agreed to speak without an attorney present. BRIONES stated that he knew he was smuggling undocumented individuals, and that one was a person who was the foot guide.

CONTINUATION OF COMPLAINT:
Hector Daniel BRIONES-Virgen,
Luis Demetrio SANDOVAL-Rodriguez

BRIONES stated he was going to be paid $1,000 USD for the job. BRIONES stated that the smuggling arrangements were made using the messaging application, Whatsapp. BRIONES stated he was given the location and updates when the individuals were ready to be picked up. BRIONES stated that he let the individuals get into the back seat and continued driving north.

Defendant, SANDOVAL, was read his Miranda rights. SANDOVAL stated that he understood his rights and was willing to speak without an attorney present. SANDOVAL stated he is a citizen and national of Mexico. SANDOVAL stated that he does not have any valid documents, allowing him to enter or remain in the United States legally. SANDOVAL stated that he illegally entered into the United States with another individual on October 26, 2021, by walking through the mountains for two days. SANDOVAL admitted that he was the guide for the other individual during this event and stated that he was expecting to get paid $800 USD. SANDOVAL stated that they waited for a Toyota 4-Runner and that he instructed the smuggled undocumented individual to get inside the vehicle. SANDOVAL stated after getting inside the vehicle, they traveled for approximately twenty minutes when they were pulled over by Border Patrol. SANDOVAL was shown a photographic lineup of six individuals but was unable to identify anyone.

Material Witness, PASAYE, stated that he is a citizen of Mexico, without any documents that would allow him to enter or remain in the United States legally. PASAYE stated he made smuggling arrangements prior to entering the United States illegally on October 26, 2021. PASAYE was going to pay $9,000 USD if successfully smuggled from Mexico into the United States. PASAYE stated on October 26, 2021, he and his guide, defendant, SANDOVAL, began walking through the mountains near Tijuana, Mexico. PASAYE stated that when they arrived at the pick-up location, SANDOVAL opened the door of the vehicle and told PASAYE to get in. PASAYE stated that they drove for approximately ten minutes before they were stopped. PASAYE was shown a photographic lineup of six individuals and was able to identify SANDOVAL as the person who was guiding him through the mountains from Mexico into the United States.